IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAKEVIEW LOAN SERVICING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: |
| | ) | |
| v. | ) | 1:16-cv-04572-MHC |
| | ) | |
| DAVID E. MOBLEY, | ) | |
| AMERICAN NATIONAL HOME | ) | |
| MORTGAGE, INC., | ) | |
| THE GEORGIA DEPARTMENT OF | ) | |
| REVENUE, | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff Lakeview Loan Servicing, LLC, ("Plaintiff") by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56 and L.R. 7.1 and 56.1 and files this, its First Motion for Summary Judgment in the above matter. As is shown in Plaintiff's accompanying Brief, Theories of Recovery, and Statement of Material Facts, there is no genuine issue of material fact with regard to Plaintiff's claims against Defendants, and thus Plaintiff is entitled to judgment as a matter of law.

## **L.R. 5.1 (C) CERTIFICATE OF COMPLIANCE**

Per L.R. 5.1(C), I certify this document was prepared in TIMES NEW ROMAN, 14 point typeface.

This the 17th day of February, 2020.

By: /s/ Cory P. Sims\_\_\_\_\_
Cory P. Sims, Esquire
Georgia Bar No. 701802
JAMES E. ALBERTELLI, P.A.
D/B/A ALBERTELLI & WHITWORTH, P.A.
100 Galleria Parkway, Suite 960,
Atlanta, Georgia 30339,
Telephone: (770) 373-4242
Facsimile: (770) 373-4260
Email: csims@alaw.net
Attorneys for Plaintiff
File No.: 16-034325

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed with the Clerk on the below date, sending ECF notice to counsel of record. I have also placed a copy of this Motion in the mail, postage prepaid first class to Defendant Pro Se:

David Mobley, Defendant Pro Se
945 SW Niskey Lake Circle,
Atlanta, GA 30331

Respectfully submitted this 17th day of day of February, 2020.

By:  */s/ Cory P. Sims*
Cory P. Sims, Esquire
Georgia Bar No. 701802
JAMES E. ALBERTELLI, P.A. D/B/A ALBERTELLI & WHITWORTH, P.A.
100 Galleria Parkway, Suite 960,
Atlanta, Georgia 30339,
Telephone: (770) 373-4242
Fascimile: (770) 373-4260
Email:   csims@alaw.net
Attorneys for Plaintiff